UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHRISTI LEE STRAUB,  Case No.: 21-13230-EPK
  Chapter 7
      Debtor.
_____/

CHRISTI LEE STRAUB,

      Plaintiff,
vs.  Adv. No.: 21-01155-EPK

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY and THE UNITED
STATES DEPARTMENT OF
EDUCATION and THE UNIVERSITY
OF MINNESOTA,

      Defendants,
_____/

**PLAINTIFF'S EX-PARTE MOTION FOR (I) ORDER DIRECTING CLERK
TO ISSUE ALIAS SUMMONS FOR ALL DEFENDANTS; AND
(II) TO CONTINUE STATUS CONFERENCE AND ALL RELATED DEADLINES**

The Plaintiff/Debtor, CHRISTI LEE STRAUB, by and through undersigned counsel, files this *Ex-Parte Motion for (I) Order Directing Clerk to Issue Alias Summons for All Defendants; and (II) to Continue Status Conference and All Related Deadlines* (the "Motion"), pursuant to Local Rules 7004-2 and 7090.1, and requests that this Court (i) enter an Order directing the Clerk to issue an Alias Summons for all Defendants; and (ii) continue the status conference and all related deadlines. In support, Plaintiff states as follows:

    1.    On May 18, 2021, Plaintiff filed the Adversary Complaint (DE 1) (the "Complaint") against Defendants Missouri Higher Education Loan Authority; The United States Department of Education; and the University of Minnesota (collectively, the "Defendants").

1

2.	The Summons and Notice of Status Conference in an Adversary Proceeding was docketed on May 19, 2021 (DE 2) (the "Summons") setting the deadline for Defendants to respond to the Complaint to June 23, 2021.

3.	The Status Conference is currently set for August 11, 2021 at 9:30 a.m. (see DE 2).

4.	Service of the Complaint, Summons, and Order Setting Status Conference and Establishing Procedures and Deadlines (DE 3) have not yet been accomplished.

5.	The Plaintiff respectfully requests that the Court issue an Alias Summons to the Defendants.

6.	This request is made in good faith and not for the purpose of delay. Accordingly, the Plaintiff believes the approval of such relief is in the best interests of the Debtor's bankruptcy estate, its creditors and all interested parties.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order, in the form attached as Exhibit "A" (i) granting this Motion; (ii) directing the Clerk to issue an Alias Summons to the Defendants; (iii) continuing the Status Conference and all related deadlines for sixty (60) days in accordance with the Court availability, or to such other date as may be deemed appropriate by the Court; and (iv) such other and further relief as the Court deems just and proper.

Respectfully submitted on this 15th day of July, 2021.

                                                **VAN HORN LAW GROUP, P.A.**
                                                330 N Andrews Ave., Suite 450
                                                Fort Lauderdale, FL 33301
                                                Telephone: (954) 765-3166
                                                Facsimile: (954) 756-7103
                                                Email: Chad@cvhlawgroup.com

                                             By: /s/  **Chad Van Horn, Esq.**
                                                  Chad Van Horn, Esq.
                                                  Florida Bar No. 64500

**EXHIBIT "A" – PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br>CHRISTI LEE STRAUB,<br><br>        Debtor.<br>_____/ | Case No.:  21-13230-EPK<br>Chapter 7 |
| CHRISTI LEE STRAUB,<br><br>        Plaintiff,<br>vs.<br><br>MISSOURI HIGHER EDUCATION<br>LOAN AUTHORITY and THE UNITED<br>STATES DEPARTMENT OF<br>EDUCATION and THE UNIVERSITY<br>OF MINNESOTA,<br><br>        Defendants,<br>_____/ | Adv. No.: 21-01155-EPK |

**ORDER GRANTING PLAINTIFF'S EX-PARTE MOTION FOR (I) ORDER
DIRECTING CLERK TO ISSUE ALIAS SUMMONS FOR ALL DEFENDANTS; AND
(II) CONTINUING STATUS CONFERENCE AND ALL RELATED DEADLINES (DE XX)**

THIS MATTER, came before the Court upon the Plaintiff's *Ex-Parte Motion for (I) Order*

3

*Directing Clerk to Issue Alias Summons for All Defendants; and (II) to Continue Status Conference and All Related Deadlines* (the "Motion") (DE XX).  The Court, having reviewed the Motion, finds that good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED:**

1. The Motion is **GRANTED**.

2. The Clerk is directed to issue an Alias Summons to all Defendants.

*3.* The Status Conference currently scheduled for August 11, 2021 at 9:30 a.m. is continued and rescheduled for ***Wednesday, October 13, 2021, at 9:30 a.m. through Video Conference by Zoom for Government.***

4. The Status Conference in this adversary proceeding will take place ***only by video conference***.  To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register, click on or enter the following registration link in a browser:

***https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E***

5. All Status Conference Deadlines are reset relative to the newly scheduled Status Conference.

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

(Chad Van Horn, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F).