

ORDERED in the Southern District of Florida on July 16, 2021.



Erik P. Kimball, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:
CHRISTI LEE STRAUB,

    Debtor.
_____/

CHRISTI LEE STRAUB,

    Plaintiff,

vs.

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY and THE UNITED
STATES DEPARTMENT OF
EDUCATION and THE UNIVERSITY
OF MINNESOTA,

    Defendants,
_____/

Case No.: 21-13230-EPK
Chapter 7

Adv. No.: 21-01155-EPK

**ORDER GRANTING PLAINTIFF'S EX-PARTE MOTION FOR (I) ORDER
DIRECTING CLERK TO ISSUE ALIAS SUMMONS FOR ALL DEFENDANTS; AND
(II) CONTINUING STATUS CONFERENCE AND ALL RELATED DEADLINES (DE 4)**

THIS MATTER, came before the Court upon the Plaintiff's *Ex-Parte Motion for (I) Order*

*Directing Clerk to Issue Alias Summons for All Defendants; and (II) to Continue Status Conference and All Related Deadlines* (the "Motion") (DE 4).  The Court, having reviewed the Motion, finds that good cause exists to grant the Motion.

    **IT IS THEREFORE ORDERED:**

1.    The Motion is **GRANTED**.

2.    The Clerk is directed to issue an Alias Summons to all Defendants.

*3.*    The Status Conference currently scheduled for August 11, 2021 at 9:30 a.m. is continued and rescheduled for **Wednesday, October 13, 2021, at 9:30 a.m.**

4.    The Status Conference in this adversary proceeding will be held at the ***United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401***.  Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. (Zoom), which permits remote participation by video or by telephone.  To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register, click on or enter the following registration link in a browser:

***https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E***

5.    If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.  All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

6. All Status Conference Deadlines are reset relative to the newly scheduled Status Conference.

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F).*