**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourt.gov

IN RE:                                                            Case No.: 21-13230-EPK

CHRISTI LEE STRAUB                           Chapter 7

                Debtor.
_____/

CHRISTI LEE STRAUB,                         Adv. Case No. 21-01155-EPK

                Plaintiff,
v.

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY; DEPARTMENT
OF EDUCATION OF THE UNITED
STATES OF AMERICA; and THE
UNIVERSITY OF MINNESOTA,

                Defendants.
_____/

**CERTIFICATE OF SERVICE (DE 1; DE 5; DE 6; AND DE 7)**

       I HEREBY CERTIFY that a true and correct copy of the:

       1.     *Adversary Complaint to Determine the Dischargeability of Plaintiff's Student Loan* (DE 1);

       2.     *Order Granting Plaintiff's Ex-Parte Motion for (I) Order Directing Clerk to Issue Alias Summons for All Defendants; and (II) Continuing Status Conference and All Related Deadlines* (DE 5);

       3.     *Alias Summons and Notice of Status Conference in an Adversary Proceeding* (DE 6); and

       4.     *Order Setting Status Conference and Establishing Procedures and Deadlines* (DE 7)

were sent to the following parties **via Certified Mail and U.S. Mail, postage fully-prepaid:**

| | |
|---|---|
| Missouri Higher Education Loan Authority<br>633 Spirit Drive<br>Chesterfield, MO 63055-1243 | Certified #70201810000184333191<br>and U.S. Mail |
| U.S. Department of Education<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville, TX 75403-5609 | Certified #70201810000184333184<br>and U.S. Mail |

and

| | |
|---|---|
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | Certified #70201810000184333177<br>and U.S. Mail |
| University of Minnesota<br>One Stop Student Services Center<br>333 Science Teaching & Student Services<br>222 Pleasant St. SE<br>Minneapolis MN 55455-0239 | Certified #70201810000184333207<br>and U.S. Mail |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 19, 2021

        **VAN HORN LAW GROUP, P.A.**
        330 N Andrews Ave., Suite 450
        Fort Lauderdale, FL 33301
        Telephone: (954) 765-3166
        Facsimile: (954) 756-7103
        Email: Chad@cvhlawgroup.com

        By: /s/ **Chad Van Horn, Esq.**
            Chad Van Horn, Esq.
            Florida Bar No. 64500