UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHRISTI LEE STRAUB,

Case No.: 21-13230-EPK

Chapter 7

_____Debtor. /_____

CHRISTI LEE STRAUB,

        Plaintiff,

vs.

Adv. No.: 21-01155-EPK

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY and THE UNITED
STATES DEPARTMENT OF
EDUCATION and THE UNIVERSITY
OF MINNESOTA,

        _____Defendants, /_____

**CERTIFICATE OF SERVICE FOR ORDER GRANTING PLAINTIFF'S EX-PARTE MOTION FOR (I) ORDER DIRECTING CLERK TO ISSUE ALIAS SUMMONS FOR ALL DEFENDANTS; AND (II) CONTINUING STATUS CONFERENCE AND ALL RELATED DEADLINES [DE 4] (DE 5)**

I HEREBY CERTIFY that true copy of the aforementioned Order Granting Plaintiff's Ex-Parte Motion For (I) Order Directing Clerk to Issue Alias Summons For All Defendants; And (II) Continuing Status Conference And All Related Deadlines [DE 4] *(DE 5)* was served via U.S. Mail and/or CM/ECF on this 20th day of July 2021 to the following interested parties:

All parties on the Court's attached mailing matrix

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar #64500

```
Label Matrix for local noticing          Synchrony Bank                           Ariana Fajardo Orshan
113C-9                                   PRA Receivables Management, LLC          U.S. Attorney's Office
Case 21-13230-EPK                        PO Box 41021                             500 S. Australian Avenue
Southern District of Florida             Norfolk, VA 23541-1021                   Ste 400
West Palm Beach                                                                   West Palm Beach, FL 33401-6209
Tue Jul 20 09:54:01 EDT 2021

Brian Downing, Treasurer                 CT Corporation System                    Capital One
City Hall Building                       C/O Quicken Loans                        Attn: Bankruptcy
319 W Case St.                           1200 South Pine Island Road              Po Box 30285
POB 70                                   Fort Lauderdale, FL 33324-4459           Salt Lake City, UT 84130-0285
Negaunee, MI 49866-0070

(p)JPMORGAN CHASE BANK  N A              Harry Sherva                             Hyundai Motor Finance
BANKRUPTCY MAIL INTAKE TEAM              6106 Birch Drive                         Attn: Bankruptcy
700 KANSAS LANE FLOOR 01                 Fort Pierce, FL 34982-7500               Po Box 20829
MONROE LA 71203-4774                                                              Fountain Valley, CA 92728-0829

Internal Revenue Service                 (p)INTERNAL REVENUE SERVICE              Internal Revenue Service
Centralized Insolvency Operation         CENTRALIZED INSOLVENCY OPERATIONS        POB 621503
POB 7346                                 PO BOX 7346                              Atlanta, GA 30362-3003
Philadelphia, PA 19101-7346              PHILADELPHIA PA 19101-7346


MOHELA                                   Mercury/FBT                              Merrick Bank/CardWorks
Attn: Bankruptcy                         Attn: Bankruptcy                         Attn: Bankruptcy
633 Spirit Drive                         Po Box 84064                             Po Box 9201
Chesterfield, MO 63005-1243              Columbus, GA 31908-4064                  Old Bethpage, NY 11804-9001


Miguel Cardona                           Monty Wilkinson, U.S. Attorney General   Monty Wilkinson, U.S. Attorney General
Department of Education Building         Internal Revenue Service                 U.S. Department of Justice
400 Maryland Ave, SW                     950 Pennsylvania Avenue NW               950 Pennsylvania Avenue NW
Washington, DC 20202-0008                Washington, DC 20530-0009                Washington, DC 20530-0001


Nicholas Benson, County Treasurer        Office of the US Trustee                 Quicken Loans
Marquette County Treasurer               51 S.W. 1st Ave.                         The Corporation Company
234 W. Baraga Ave.                       Suite 1204                               40600 Ann Arbor Rd. East
Marquette, MI 49855-4710                 Miami, FL 33130-1614                     Suite 201
                                                                                  Plymouth, MI 48170-4675

Syncb/PPC                                Synchrony Bank/Amazon                    Synchrony Bank/Care Credit
Attn: Bankruptcy                         Attn:  Bankruptcy                        Attn:  Bankruptcy Dept
Po Box 965060                            Po Box 965060                            Po Box 965064
Orlando, FL 32896-5060                   Orlando, FL 32896-5060                   Orlando, FL 32896-5064


Transworld System Inc                    University of Minnesota                  Christi Lee Straub
Attn: Bankruptcy                         211 Bruininks Hall                       6106 Birch Drive
Po Box 15630                             222 Pleasant St. SE                      Fort Pierce, FL 34982-7500
Wilmington, DE 19850-5630                Minneapolis, MN 55455-0239


Dana L Kaplan                            Deborah Menotte
1665 Palm Beach Lakes Blvd #1000         POB 211087
W Palm Beach, FL 33401-2109              West Palm Beach, FL 33421-1087
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Internal Revenue Service
Office of Chief Counsel
1111 Constitution Avenue NW
Room 5408
Washington, DC 20224


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29