UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CHRISTI LEE STRAUB,   CASE NO.: 21-13230-EPK

CHAPTER 7

    Debtor.
_____/

CHRISTI LEE STRAUB,   Adv. No. 21-01155-EPK

    Plaintiff,

vs.

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY; UNITED STATES
DEPARTMENT OF EDUCATION AND
THE UNIVERSITY OF MINNESOTA,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that undersigned counsel hereby enters her appearance in the above-captioned case for the United States of America, on behalf of the Department of Education, pursuant to Rule 9010(b) the Bankruptcy Rules of Procedure.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

    Respectfully submitted,

    **JUAN ANTONIO GONZALEZ**
    **ACTING UNITED STATES ATTORNEY**

By:   /s/*Raychelle A. Tasher*

RAYCHELLE A. TASHER<br>
Assistant United States Attorney<br>
Florida Bar No. 109291<br>
Raychelle.Tasher@usdoj.gov<br>
99 N.E. 4th Street, Suite 300<br>
Miami, Florida 33132<br>
Telephone: (786) 439-3185<br>
Facsimile:   (305) 530 -7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

/s/*Raychelle A. Tasher*
RAYCHELLE A. TASHER

## Service List

**VIA CM/ECF Notice:**

**21-01155-EPK Notice will be electronically mailed to:**

Chad T. Van Horn    Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com;vanhorn.chadb104447@notify.bestcase.com

Raychelle A Tasher on behalf of Creditor United States of America/Department of Education
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

**VIA U.S. MAIL Notice:**

Missouri Higher Education Loan Authority
633 Spirit Dr.,
Chesterfiled, MO 63005

The University of Minnesota
211 Bruniniks Hall
222 Pleasant St. SE
Minneapolis, MN 55455

U.S. Department of Education
Direct Loan Servicing Center
P.O. Box 5609
Greenville, TX 75403-5609

                                                                 /s/*Raychelle A. Tasher*
                                                                 RAYCHELLE A. TASHER