

**ORDERED in the Southern District of Florida on September 9, 2021.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | **CASE NO. 21-13230-EPK** |
| | **CHAPTER 7** |
| **Christi Lee Straub,** | |
|     Debtor. | |
| _____/ | |
| **Christi Lee Straub,** | |
|     Plaintiff, | |
| v. | **ADV. PROC. NO. 21-01155-EPK** |
| **Missouri Higher Education Loan Authority, The United States Department of Education, The University of Minnesota,** | |
|     Defendants. | |
| _____/ | |

## ORDER CHANGING LOCATION OF HEARING TO VIDEO CONFERENCE

The Court previously set the status conference by the alias summons and notice of status conference entered at ECF No. 6. In response to the continuing outbreak of COVID-19 and the alarming rise in infection rates in this district, the Court ORDERS as follows:

1. The status conference will still be held on **October 13, 2021 at 9:30 a.m.** The hearing will take place only by video conference via Zoom for Government. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

2. All provisions of the Court's prior order setting status conference and establishing procedures and deadlines at [ECF No. 7] remain in full force and effect.

###

Copies Furnished To:

Chad T Van Horn, Esq.

*Chad T Van Horn, Esq., is directed to serve a conformed copy of this Order on all appropriate parties and to file a certificate of service with the court.*