UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CHRISTI LEE STRAUB,                                  Case No.: 21-13230-EPK
                                                     CHAPTER 7
    Debtor.
_____/

CHRISTI LEE STRAUB,                                  Adv. No. 21-01155-EPK

    Plaintiff,

vs.

MISSOURI HIGH EDUCATION
LOAN AUTHORITY AND THE
UNITED STATES DEPARTMENT
OF EDUCATION AND THE UNIVERSITY
OF MINNESOTA,

    Defendants.
_____/

## DEFENDANT UNITED STATES DEPARTMENT OF EDUCATION'S ANSWER TO PLAINTIFF'S COMPLAINT

The United States of America, on behalf of the United States Department of Education ("Education"), hereby files its answer to the Plaintiff's *Complaint* (D.E. 1) and states as follows:

    1.    Education admits paragraph 1.

    2.    Education admits paragraph 2.

    3.    Education without sufficient information or knowledge to admit or deny Paragraph 3 and therefore denies the same.

    4.    Education without sufficient information or knowledge to admit or deny Paragraph 4 and therefore denies the same.

5. Education without sufficient information or knowledge to admit or deny Paragraph 5 and therefore denies the same.

6. Education admits paragraph 6.

7. Education admits paragraph 7.

8. Education without sufficient information or knowledge to admit or deny Paragraph 8 and therefore denies the same.

9. Education without sufficient information or knowledge to admit or deny Paragraph 9 and therefore denies the same.

10. Education without sufficient information or knowledge to admit or deny Paragraph 10 and therefore denies the same.

11. Education without sufficient information or knowledge to admit or deny Paragraph 11 and therefore denies the same.

12. Education without sufficient information or knowledge to admit or deny Paragraph 12 and therefore denies the same.

13. Education without sufficient information or knowledge to admit or deny Paragraph 13 and therefore denies the same.

14. Education without sufficient information or knowledge to admit or deny Paragraph 14 and therefore denies the same.

15. Education without sufficient information or knowledge to admit or deny Paragraph 15 and therefore denies the same.

16. The allegations in paragraph 16 constitute legal conclusions to which no responsive pleading is required. To the extent that the Court deems a responsive pleading is necessary, Education denies paragraph 16.

17. Education without sufficient information or knowledge to admit or deny Paragraph 17 and therefore denies the same.

18. Education without sufficient information or knowledge to admit or deny Paragraph 18 and therefore denies the same.

19. Education without sufficient information or knowledge to admit or deny Paragraph 19 and therefore denies the same.

20. Education without sufficient information or knowledge to admit or deny Paragraph 20 and therefore denies the same.

21. Education without sufficient information or knowledge to admit or deny Paragraph 21 and therefore denies the same.

22. Education without sufficient information or knowledge to admit or deny Paragraph 22 and therefore denies the same.

23. Education without sufficient information or knowledge to admit or deny Paragraph 23 and therefore denies the same.

24. Education without sufficient information or knowledge to admit or deny Paragraph 24 and therefore denies the same.

25. Education without sufficient information or knowledge to admit or deny Paragraph 25 and therefore denies the same.

26. Education without sufficient information or knowledge to admit or deny Paragraph 26 and therefore denies the same.

27. Education without sufficient information or knowledge to admit or deny Paragraph 27 and therefore denies the same.

28. Education without sufficient information or knowledge to admit or deny Paragraph 28 and therefore denies the same.

29. Education without sufficient information or knowledge to admit or deny Paragraph 29 and therefore denies the same.

30. Education without sufficient information or knowledge to admit or deny Paragraph 30 and therefore denies the same.

31. Education without sufficient information or knowledge to admit or deny Paragraph 31 and therefore denies the same.

32. Education without sufficient information or knowledge to admit or deny Paragraph 32 and therefore denies the same.

33. Education without sufficient information or knowledge to admit or deny Paragraph 33 and therefore denies the same.

34. Education without sufficient information or knowledge to admit or deny Paragraph 34 and therefore denies the same.

35. Education without sufficient information or knowledge to admit or deny Paragraph 35 and therefore denies the same.

36. Education without sufficient information or knowledge to admit or deny Paragraph 36 and therefore denies the same.

37. Education without sufficient information or knowledge to admit or deny Paragraph 37 and therefore denies the same.

38. Education without sufficient information or knowledge to admit or deny Paragraph 38 and therefore denies the same.

39. Education without sufficient information or knowledge to admit or deny Paragraph 39 and therefore denies the same.

40. Education without sufficient information or knowledge to admit or deny Paragraph 40 and therefore denies the same.

41. Education without sufficient information or knowledge to admit or deny Paragraph 41 and therefore denies the same.

42. Education without sufficient information or knowledge to admit or deny Paragraph 42 and therefore denies the same.

43. Education without sufficient information or knowledge to admit or deny Paragraph 43 and therefore denies the same.

44. Education without sufficient information or knowledge to admit or deny Paragraph 44 and therefore denies the same.

45. Education without sufficient information or knowledge to admit or deny Paragraph 45 and therefore denies the same.

46. Education without sufficient information or knowledge to admit or deny Paragraph 46 and therefore denies the same.

47. Education without sufficient information or knowledge to admit or deny Paragraph 47 and therefore denies the same.

48. Education without sufficient information or knowledge to admit or deny Paragraph 48 and therefore denies the same.

49. Education without sufficient information or knowledge to admit or deny Paragraph 49 and therefore denies the same.

50. Education without sufficient information or knowledge to admit or deny Paragraph 50 and therefore denies the same.

51. Education without sufficient information or knowledge to admit or deny Paragraph 51 and therefore denies the same.

52. Education without sufficient information or knowledge to admit or deny Paragraph 52 and therefore denies the same.

53. Education without sufficient information or knowledge to admit or deny Paragraph 53 and therefore denies the same.

54. Education without sufficient information or knowledge to admit or deny Paragraph 54 and therefore denies the same.

55. Education without sufficient information or knowledge to admit or deny Paragraph 55 and therefore denies the same.

56. Education admits paragraph 56.

57. Education admits paragraph 57.

58. Education admits paragraph 58.

59. Education without sufficient information or knowledge to admit or deny Paragraph 59 and therefore denies the same.

60. Education without sufficient information or knowledge to admit or deny Paragraph 60 and therefore denies the same.

61. The allegation in paragraph 61 constitutes a legal conclusion to which no responsive pleading is required. To the extent that the Court deems a responsive pleading is necessary, Education denies paragraph 61.

62. The allegation in paragraph 62 constitutes a legal conclusion to which no responsive pleading is required. To the extent that the Court deems a responsive pleading is necessary, Education denies paragraph 62.

63. Education without sufficient information or knowledge to admit or deny Paragraph 63 and therefore denies the same.

64. Education without sufficient information or knowledge to admit or deny Paragraph 64 and therefore denies the same.

65. Education without sufficient information or knowledge to admit or deny Paragraph 65 and therefore denies the same.

66. The allegations in paragraph 66 constitute legal conclusions to which no responsive pleading is required. To the extent that the Court deems a responsive pleading is necessary, Education denies paragraph 66.

67. The allegation in paragraph 67 constitutes a legal conclusion to which no responsive pleading is required. To the extent that the Court deems a responsive pleading is necessary, Education denies paragraph 67.

The remaining unnumbered section of the complaint represents the Plaintiff's prayer for relief to which no responsive pleading is required. To the extent that the Court deems a responsive pleading is required, Education not only denies the allegations but also denies that Plaintiff is entitled to any of the relief requested.

**WHEREFORE**, having fully answered the Complaint, Education respectfully requests that this Court:

1. Enter judgment in favor of Education;

2.  Declare that the student loans owed by the Plaintiff to Education are nondischargeable pursuant to 11 U.S.C. § 523(a)(8); and

3.  Grant any other and further relief as the Court deems just and proper.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: *s/RAYCHELLE TASHER*
RAYCHELLE TASHER
Assistant United States Attorney
Florida Bar No. 109291
E-mail:  Raychelle.Tasher@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Telephone: (305) 439-3185
Facsimile: (305) 530-7139
*Counsel for Defendant,*
*United States Dept. of Education*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

*s/RAYCHELLE TASHER*
RAYCHELLE TASHER

## Service List

**21-01155-EPK Notice will be electronically mailed to:**

Raychelle A Tasher on behalf of Defendant U.S. Department of Education
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

Chad T Van Horn on behalf of Plaintiff Christi Lee Straub
Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,chapter13@cvhla

wgroup.com,chapter11@cvhlawgroup.com;vanhorn.chadb104447@notify.bestcase.com

9