**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 21-13230-EPK |
| Christi Lee Straub | Chapter 7 |
| Debtor-in-Possession. _____/ | |
| Christi Lee Straub | Adv. No. 21-01155-EPK |
| Plaintiff, v. | |
| Missouri Higher Education Loan Authority, Department of Education of the United States and The University of Minnesota. | |
| Defendants. _____/ | |

**AGREED MOTION TO CONTINUE PRE-TRIAL**
**CONFERENCE SCHEDULED FOR OCTOBER 13, 2021**

Christi Lee Straub (the "Plaintiff", "Debtor"), by and through undersigned counsel, files this *Agreed Motion to Continue the Pre-trial Conference Scheduled for October 13, 2021*, and respectfully request the Court to enter an order continuing the Pre-trial Conference for thirty (30) days, and in support thereof, state as follows:

1. On May 18, 2021, Plaintiff filed an Adversary Proceeding in the instant case against creditor Missouri Higher Education Loan Authority, Department of Education of the United States and The University of Minnesota ("Department of Education"). (DE 1)

2. On May 19, 2021, the corresponding summons were issued, and the Notice of Pre-trail set the Pre-trial Conference for October 13, 2021. (DE 2)

Page **1** of **2**

3. On September 23, 2021, Department of Education filed its answer to Plaintiff's Adversary Proceeding. (DE 14)

4. The parties have been in communication, and are trying to resolve the pending matter.

5. Plaintiff requests that the Court enters an order continuing the Pre-trial Conference for the next thirty (30) days.

6. Counsel for the Department of Education, Raychelle Tasher, Esq. has consented to the continuance.

7. A proposed Order continuing the hearing is attached hereto as Exhibit "A".

**WHEREFORE,** Debtor respectfully requests the Court to grant the Agreed Motion, and to continue the Pre-trial Conference scheduled for October 13, 2021 for the thirty (30) days, and for any further relief this Court deems proper.

Dated: October 12, 2021

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
Florida Bar No. 64500

# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No. 21-13230-EPK

Christi Lee Straub                                                Chapter 7

        Debtor-in-Possession.
_____/

Christi Lee Straub                                                Adv. No. 21-01155-EPK

        Plaintiff,
v.

Missouri Higher Education Loan Authority,
Department of Education of the United States and
The University of Minnesota.

        Defendants.
_____/

**AGREED ORDER GRANTING AGREED MOTION TO CONTINUE
PRE-TRIAL CONFERENCE SCHEDULED FOR OCTOBER 13, 2021**

THIS MATTER came before the Court upon the *Agreed Motion to Continue Pre-trial Conference Scheduled for October 13, 2021* (DE XX) (the "Motion"), and the Court, having

Page **1** of **2**

reviewed the Motion, noting the agreement of the parties, being otherwise fully advised finds good cause exists to continue the Pre-trial Conference

**IT IS THEREFORE ORDERED:**

1. The *Agreed Motion to Continue Pre-trial Conference scheduled for October 13, 2021* is **GRANTED**.

2. The Pre-trial Conference has been ***continued for* _____** ("Continued Pretrial Conference Date") by VIDEO via Zoom Meeting.

3. All deadlines in the Order Setting Filing and Disclosure Requirements for Pretrial and Trial (DE 3) shall be continued and calculated based on the Continued Pretrial Conference Date.

4. ***Registration for remote attendance for the hearing mey be arranged online at*** *https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhge_ZF90qPJ3uM95E*.

# # #

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*

Page **3** of **2**