

**ORDERED in the Southern District of Florida on October 13, 2021.**



                    **Erik P. Kimball, Judge**
                    **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | Case No. 21-13230-EPK |
| | Chapter 7 |
| **CHRISTI LEE STRAUB,** | |
|     Debtor. | |
| _____/ | |
| **CHRISTI LEE STRAUB,** | |
|     Plaintiff, | |
| v. | Adv. Proc. No. 21-01155-EPK |
| **MISSOURI HIGHER EDUCATION LOAN AUTHORITY et al.,** | |
|     Defendants. | |
| _____/ | |

### ORDER CONTINUING STATUS CONFERENCE

THIS MATTER came before the Court for a status conference on October 13, 2021. With the Court having heard argument of counsel, being otherwise fully advised in the premises, and for the reasons stated on the record, the Court **ORDERS and ADJUDGES** as follows:

1. The Status Conference in this matter is CONTINUED to **March 9, 2022** at **9:30 a.m.** The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2. All provisions of the *Order Setting Status Conference and Establishing Procedures and Deadlines* [ECF No. 3] remain in full force and effect to the extent not inconsistent with this order.

###

Copies furnished to:

Chad T. Van Horn, Esq.

*Chad T. Van Horn, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*