**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourt.gov**

| | |
|---|---|
| IN RE: | Case No.: 21-13230-EPK |
| CHRISTI LEE STRAUB | Chapter 7 |
| Debtor. | |

_____/

| | |
|---|---|
| CHRISTI LEE STRAUB, | Adv. Case No. 21-01155-EPK |
| Plaintiff, | |
| v. | |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY; DEPARTMENT OF EDUCATION OF THE UNITED STATES OF AMERICA; and THE UNIVERSITY OF MINNESOTA, | |
| Defendants. | |

_____/

## CERTIFICATE OF SERVICE (DE 17)

I HEREBY CERTIFY that a true and correct copy of the *Order Continuing Status Conference* (DE 17) was sent to the following parties on the date and in the manner so stated:

**CM/ECF on 10/13/21**

Raychelle A. Tasher,                                  Raychelle.Tasher@usdoj.gov
On behalf of the Defendant U.S. Department of Education    Milton.Pacheco@usdoj.gov
                                                      Shannon.Patterson@usdoj.gov

**VIA U.S. MAIL on 10/15/21**

Missouri Higher Education Loan Authority
633 Spirit Drive
Chesterfield, MO 63005-1243

U.S. Department of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

University of Minnesota
211 Bruniniks Hall
222 Pleasant St. SE
Minneapolis MN 55455-0239

Dated:  October 15, 2021

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  **Chad Van Horn, Esq.**
    Chad Van Horn, Esq.
    Florida Bar No. 64500