United States Bankruptcy Court
Southern District of Florida

Straub,

    Plaintiff

    Adv. Proc. No. 21-01155-EPK

Missouri Higher Education Loan Authority,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: fleurimon | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: pdf004 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Oct 13 2021 22:20:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Oct 13 2021 22:20:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 22:20:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Oct 13 2021 22:20:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

District/off: 113C-9                    User: fleurimon                    Page 2 of 2
Date Rcvd: Oct 13, 2021                 Form ID: pdf004                    Total Noticed: 12
TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Plaintiff Christi Lee Straub Chad@cvhlawgroup.com chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com;vanhorn.chadb104447@notify.bestcase.com |
| Raychelle A Tasher | on behalf of Defendant U.S. Department of Education Raychelle.Tasher@usdoj.gov Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |

TOTAL: 2



**ORDERED in the Southern District of Florida on October 13, 2021.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                   Case No. 21-13230-EPK
                                                         Chapter 7
**CHRISTI LEE STRAUB,**

     Debtor.
_____/
**CHRISTI LEE STRAUB,**

     Plaintiff,

v.                                                       Adv. Proc. No. 21-01155-EPK

**MISSOURI HIGHER EDUCATION**
**LOAN AUTHORITY et al.,**

     Defendants.
_____/

<u>**ORDER CONTINUING STATUS CONFERENCE**</u>

     THIS MATTER came before the Court for a status conference on October 13, 2021. With the Court having heard argument of counsel, being otherwise fully advised in the premises, and for the reasons stated on the record, the Court **ORDERS and ADJUDGES** as follows:

1.       The Status Conference in this matter is CONTINUED to **March 9, 2022** at

**9:30 a.m.**  The hearing will be held at the United States Bankruptcy Court, The Flagler

Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach,

Florida 33401.  Although the Court will conduct the hearing in person, any interested party

may choose to attend the hearing remotely using the services of Zoom Video Communications,

Inc. ("Zoom"), which permits remote participation by video or by telephone.  To participate in

the hearing remotely via Zoom (whether by video or by telephone), you must register in

advance no later than 3:00 p.m., one business day before the date of the hearing.  To register,

click on or enter the following registration link in a browser:

 https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a

party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-

4143.  All participants (whether attending in person or remotely) must observe the formalities

of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent

with the dignity of the Court.  This includes appropriate courtroom attire for those participants

appearing in person or by video.

2.       All provisions of the *Order Setting Status Conference and Establishing*

*Procedures and Deadlines* [ECF No. 3] remain in full force and effect to the extent not

inconsistent with this order.

###

Copies furnished to:

Chad T. Van Horn, Esq.

*Chad T. Van Horn, Esq. is directed to serve a copy of this order on all appropriate parties and*
*to file a certificate of service with the Court.*