UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CHRISTI LEE STRAUB,                          Case No.: 21-13230-EPK
                                             CHAPTER 7
    Debtor.
_____/

CHRISTI LEE STRAUB,                          Adv. No. 21-01155-EPK

    Plaintiff,

vs.

MISSOURI HIGH EDUCATION
LOAN AUTHORITY AND THE
UNITED STATES DEPARTMENT
OF EDUCATION AND THE UNIVERSITY
OF MINNESOTA,

    Defendants.
_____/

### NOTICE THAT PLAINTIFF HAS NOT SUBMITTED A TOTAL AND PERMANENT DISABILITY DISCHARGE APPLICATION

The United States of America, on behalf of the United States Department of Education ("Education"), herby certifies that the Plaintiff Christi Lee Straub has not submitted an application for Total and Permanent Disability Discharge to undersigned counsel for Education or to creditor Education pursuant to the representations made by Plaintiff's counsel at the October 13, 2021, 9:30 a.m. status conference where the Court granted a continuance of the status conference to March 9, 2022, 9:30 a.m., so that Plaintiff could pursue administrative means of resolving her student loan debt.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ**
**UNITED STATES ATTORNEY**

BY: *s/RAYCHELLE TASHER*
RAYCHELLE TASHER
Assistant United States Attorney
Florida Bar No. 109291
E-mail:  Raychelle.Tasher@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Telephone: (305) 439-3185
Facsimile: (305) 530-7139
*Counsel for Defendant,*
*United States Dept. of Education*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

*s/RAYCHELLE TASHER*
RAYCHELLE TASHER

## Service List

**21-01155-EPK Notice will be electronically mailed to:**

Raychelle A Tasher on behalf of Defendant U.S. Department of Education
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

Chad T Van Horn on behalf of Plaintiff Christi Lee Straub
Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com;vanhorn.chadb104447@notify.bestcase.com