# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourt.gov

| | |
|---|---|
| IN RE: | Case No.: 21-13230-EPK |
| CHRISTI LEE STRAUB | Chapter 7 |
| Debtor. _____/ | |
| CHRISTI LEE STRAUB, | Adv. Case No. 21-01155-EPK |
| Plaintiff, | |
| v. | |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY, et al, | |
| Defendant. _____/ | |

## CERTIFICATE OF SERVICE (DE 21)

I HEREBY CERTIFY that a true and correct copy of the *Order Setting Filing and Disclosure Requirements for Pre-Trial and Trial* (DE 21) was sent to the following parties on the date and in the manner so stated:

### CM/ECF on 3/11/2022

| | |
|---|---|
| Raychelle A. Tasher, | Raychelle.Tasher@usdoj.gov |
| On behalf of the Defendant U.S. Department of Education | Milton.Pacheco@usdoj.gov |
| | Shannon.Patterson@usdoj.gov |

### VIA U.S. MAIL on 3/11/2022

Missouri Higher Education Loan Authority
633 Spirit Drive
Chesterfield, MO 63005-1243

U.S. Department of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

University of Minnesota
211 Bruniniks Hall
222 Pleasant St. SE
Minneapolis MN 55455-0239

Dated: March 11, 2022

          **VAN HORN LAW GROUP, P.A.**
          500 NE 4th St., Suite 200
          Fort Lauderdale, FL 33301
          Telephone: (954) 765-3166
          Facsimile: (954) 756-7103
          Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
     Chad Van Horn, Esq.
     Florida Bar No. 64500