UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CHRISTI LEE STRAUB,                     Case No.: 21-13230-EPK
                                                                       CHAPTER 7

    Debtor.
_____/

CHRISTI LEE STRAUB,                     Adv. No. 21-01155-EPK

    Plaintiff,

vs.

MISSOURI HIGH EDUCATION
LOAN AUTHORITYAND THE
UNITED STATES DEPARTMENT
OF EDUCATION AND THE UNIVERSITY
OF MINNESOTA,

    Defendants.
_____/

**DEFENDANT U.S. DEPARTMENT OF EDUCATION'S INITIAL DISCLOSURES**

Defendant, the U.S. Department of Education ("U.S. Dept. of ED"), hereby submits, in accordance with this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 21], the following initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1), as incorporated by Federal Rule of Bankruptcy Procedure 7026:

**Federal Rule of Civil Procedure 26(a)(1)(A)(i)**: The name, and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to supports its claims or defenses, unless the use would be solely for impeachment.

**Response:**

1. Christopher Bolander or Corporate Representative of U.S. Dept. of ED (via deposition)[1]
   50 Beale St.
   San Francisco, CA 94105

   *Subject of Information:* A representative from U.S. Dept of ED likely has discoverable information regarding the Debtor's loan history and payment plan options available to the Debtor.

2. Christi Lee Straub
   6106 Birch Drive
   Fort Pierce, FL 34982

   *Subject of Information:* Christi Lee Straub likely has discoverable information regarding the student loan liabilities referenced in the complaint, or any amended versions thereof, and all alleged facts supporting the Debtor's allegations of undue hardship.

3. All witnesses named by Plaintiff.

4. Any person named in a deposition or referenced in any document produced in this proceeding, or whose name is learned during the course of discovery.

5. All persons necessary to authenticate documents.

6. Any rebuttal and impeachment witnesses.

**Federal Rule of Civil Procedure 26(a)(1)(A)(ii)**: A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**Response:**

1. All documents evidencing Plaintiff's student loan obligations now owed to U.S. Dept. of ED.

2. All documents evidencing the amount of Plaintiff's outstanding student loan obligations that remain due and owing to U.S. Dept. of ED.

---

[1] To the extent necessary, U.S. Dept. of ED intends on using the deposition of Christopher Bolander or another representative of U.S. Dept. of ED at trial in lieu of live testimony because the assigned Department of Education loan analysts work in San Francisco, California.

3. Plaintiff's Bankruptcy Schedules of Assets and Liabilities and Statement of Financial Affairs.

4. Any documents or papers filed by Plaintiff in this adversary proceeding or in Plaintiff's main bankruptcy case.

5. Any document or papers filed by Plaintiff in any other adversary proceeding.

6. Plaintiff's United States Income Tax Returns for the five (5) years prior to the Petition Date.

7. All documents relating to the allegations in Plaintiff's Complaint, or any amended versions thereof, and U.S. Dept. of ED's Answer thereto.

8. All documents produced by Plaintiff in this adversary proceeding, including any documents that Plaintiff may provide and/or produce in response to U.S. Dept. of ED's discovery requests or discovery requests from any other party.

9. Plaintiff's Answers to U.S. Dept. of ED's First Set of Interrogatories and any other answers Plaintiff have or may provide to any other party in this adversary proceeding.

10. All documents produced by any party during discovery.

11. All documents produced by any third party in this adversary proceeding.

12. All deposition exhibits, if any.

13. Federal Regulations relating to the William D. Ford Program, 34 C.F.R. §685.100 *et. seq.*, and the Income Based Repayment, 34 C.F.R. §§ 682.215 and 685.221.

14. Department of Health and Human Services Poverty Guidelines for 2021.

15. Any and all rebuttal exhibits.

16. Any and all impeachment exhibits

**Federal Rule of Civil Procedure 26(a)(1)(A)(iii)**: A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from

disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response:**

No damages are sought in this action, as the adversary proceeding instituted by Plaintiff seeks to discharge Plaintiff's otherwise non-dischargeable student loan obligations as an undue hardship.

**Federal Rule of Civil Procedure 26(a)(1)(A)(iv)**: For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:**

Federal Rule of Civil Procedure 26(a)(1)(A)(iv) is not applicable in this adversary proceeding.

**Reservation of Right to Amend or Supplement Initial Disclosures**

U.S. Dept. of ED reserves the right to supplement and/or amend these disclosures as appropriate and necessary.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *s/Raychelle Tasher*

RAYCHELLE TASHER
Assistant United States Attorney
Florida Bar No. 109291
Raychelle.Tasher@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (786) 439-3185
Fax: (305) 530-7139
*Counsel for Defendant,*
*United States Dept. of Education*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

## **Service List**

**21-01155-EPK Notice will be electronically mailed to:**

Raychelle A Tasher on behalf of Defendant U.S. Department of Education
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

Chad T Van Horn on behalf of Plaintiff Christi Lee Straub
Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com;vanhorn.chadb104447@notify.bestcase.com

                                                    /s/*Raychelle A. Tasher*
                                                    RAYCHELLE A. TASHER