UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

In re:

CHRISTI LEE STRAUB,                              Case No.: 21-13230-EPK
                                                 Chapter 7
        Debtor.
_____/

CHRISTI LEE STRAUB,

        Plaintiff,
vs.                                              Adv. No.: 21-01155-EPK

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY and THE UNITED
STATES DEPARTMENT OF
EDUCATION and THE UNIVERSITY
OF MINNESOTA

        Defendants,
_____/

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

      Plaintiff, CHRISTI LEE STRAUB ("Ms. Straub" or "Plaintiff"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure, and this Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (DE #21), hereby submit its Initial Disclosures:

**I.**    **Name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support its claims or defenses, unless solely for impeachments, identifying the subjects of the information:**

    A.    Christi Lee Straub
           6106 Birch Drive
           Fort Pierce, FL 34982

           **Subject of information**: Historical information and circumstances surrounding the agreement(s) between the parties, information supporting Plaintiff's allegations, and records of relevant communications between the parties.

1

B. Christopher Bolander or Corporate Representative of U.S. Dept. of ED
50 Beale Street
San Francisco, CA 94105

**Subject of information**: Historical information and circumstances surrounding the agreement(s) between the parties, and records of relevant communications between the parties.

C. All witnesses listed by the Defendant.

D. Plaintiff reserves the right to amend and/or supplement this list after the discovery process has been completed.

**I. Description by category and location of all documents, electronically stored information, and tangible things that the parties have in their possession, custody, or control and may use to support their claims or defenses, unless solely for impeachment:**

A. Plaintiff's bankruptcy schedules.

B. All documents disclosed by the Defendant or obtained during discovery.

C. All documents produced in response to third party subpoenas duces tecum.

D. All documents listed by the Defendant its Initial Disclosure.

E. Plaintiff reserves the right to amend and/or supplement this list after the discovery process has been completed.

**I. Computation of damages:**

A. No damages, Plaintiff seeks to discharge otherwise non-dischargeable debts under the undue hardship provision of § 523(a)(8) of the Bankruptcy Code.

**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
Fla Bar #64500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished this 23rd day of March, 2022, by the Court's ECF Filing system and/or via U.S. mail to all parties registered to receive filings in the instant case.

**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
Fla Bar #64500