**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 21-13230-EPK |
| CHRISTI LEE STRAUB | Chapter 7 |
| Debtor. _____/ | |
| CHRISTI LEE STRAUB | Adv. No.: 21-01155-EPK |
| Plaintiff, | |
| v. | |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY, DEPARTMENT OF EDUCATION OF THE UNITED STATES AND THE UNIVERSITY OF MINNESOTA. | |
| Defendants. _____/ | |

**AGREED MOTION TO CONTINUE PRE-TRIAL**
**CONFERENCE SCHEDULED FOR JUNE 8, 2022 TO SEPTEMBER 1, 2022,**
**AND TO RESET ALL CORRESPONDING DISCOVERY DEADLINES**

CHRISTI LEE STRAUB (the "Plaintiff", "Debtor"), by and through undersigned counsel, files this *Agreed Motion to Continue the Pre-trial Conference Scheduled for June 8, 2022 to September 1, 2022, and to Reset All Corresponding Discovery Deadlines* (the "Motion"), due to the Federal Government's mortarium for deferment of student loan repayments, and in support thereof, states as follows:

1. On May 18, 2021, Plaintiff filed an Adversary Proceeding in the instant case against creditor Missouri Higher Education Loan Authority, Department of Education of the United States and The University of Minnesota ("Department of Education") (DE 1).

2. On May 19, 2021, the corresponding summons were issued, and the Notice of Pre-

Trial set the Pre-Trial Conference for October 13, 2021 (DE 2).

3. Based on the Defendant's request to seek an administrative discharge, this Court continued the October Pre-Trial Conference, and set a Status Conference set for March 9, 2022 (DE 17).

4. During the Status Conference, undersigned counsel informed the Court that the Defendant was prepared to move forward with Pre-Trial, which was set for June 8, 2022.

5. The parties began the discovery process by discussing requests and filing their corresponding Initial Disclosures (DE 24, 25); however, discovery has not been completed by either party.

6. Plaintiff, with consent from Defendant, Department of Education, now seeks to continue the Pre-Trial Conference set for June 8, 2022 to September 1, 2022, and to reset all corresponding discovery deadlines, based on the Federal Government's moratorium staying collection of repayment from student loan borrowers. The moratorium is scheduled to end on August 31, 2022.

7. Prior to the initiation of the instant case, the Plaintiff's monthly payments to Defendant were $0.00 based on an income driven repayment plan. During the aforementioned moratorium, the monthly payments are $0.00. Therefore, neither party will be prejudiced by continuation of the Pre-Trial Conference.

8. The parties agree to the requested relief.

**WHEREFORE,** Plaintiff respectfully requests this Court i) grant the Motion; ii) continue the Pre-Trial Conference to September 1, 2022; iii) reset all corresponding discovery deadlines, and; iv) provide whatever further relief this Court deems just and proper.

Dated:  June 7, 2022

**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  Chad Van Horn, Esq.
    Chad Van Horn, Esq.
    Florida Bar No. 64500