**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourt.gov

| | |
|---|---|
| IN RE: | Case No.: 21-13230-EPK |
| CHRISTI LEE STRAUB | Chapter 7 |
|         Debtor. | |
| _____/ | |
| CHRISTI LEE STRAUB, | Adv. Case No. 21-01155-EPK |
|         Plaintiff, | |
| v. | |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY, et al, | |
|         Defendant. | |
| _____/ | |

### CERTIFICATE OF SERVICE (DE 27)

      I HEREBY CERTIFY that a true and correct copy of the *Order Granting Agreed Motion to Continue Pre-Trial Conference Scheduled for June 8, 2022 to September 14, 2022, and to Reset All Corresponding Discovery Deadlines* (DE 27) was sent to the following parties on the date and in the manner so stated:

**CM/ECF on 06/14/2022**

| | |
|---|---|
| Raychelle A. Tasher, | Raychelle.Tasher@usdoj.gov |
| On behalf of the Defendant U.S. Department of Education | Milton.Pacheco@usdoj.gov |
| | Shannon.Patterson@usdoj.gov |

**VIA U.S. MAIL on 06/14/2022**

Missouri Higher Education Loan Authority
633 Spirit Drive
Chesterfield, MO 63005-1243

U.S. Department of Education
Direct Loan Servicing Center
PO Box 5609

Greenville, TX 75403-5609
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

University of Minnesota
211 Bruniniks Hall
222 Pleasant St. SE
Minneapolis MN 55455-0239


Dated:  June 14, 2022

                                    **VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  **Chad Van Horn, Esq.**
     Chad Van Horn, Esq.
     Florida Bar No. 64500