**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In. re: | Case No.: 21-13230-EPK |
| CHRISTI LEE STRAUB, | Chapter 11 |
|     Debtor-in-Possession. | |
| _____/ | |
| CHRISTI LEE STRAUB | Adv. Case No. 21-01155-EPK |
|     Plaintiff, | |
| v. | |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY, DEPARTMENT OF EDUCATION OF THE UNITED STATES AND THE UNIVERSITY OF MINNESOTA, | |
|     Defendants. | |
| _____/ | |

**PLAINTIFF'S VERIFIED MOTION**
**FOR ENTRY OF CLERK'S DEFAULT AS TO DEFENDANTS, MISSOURI**
**HIGHER EDUCATION LOAN AUTHORITY; AND THE UNIVERSITY OF**
**<u>MINNESOTA FOR FAILURE TO FILE OR SERVE ANY RESPONSIVE PLEADINGS</u>**

CHRISTI LEE STRAUB (the "Plaintiff"), by and through undersigned counsel, and moves for the entry of a *Clerk's Default against Defendants, Missouri Higher Education Loan Authority and The University of Minnesota for Failure to File or Service any Responsive Pleading*, and in support thereof, states as follows:

1. The Adversary Complaint (DE 1) was filed on May 18, 2021 (DE 1) (the "Adversary Complaint").

1

2. The Summons and Notice of Status Conference in an Adversary Proceeding (DE 2) (the "Summons"), and Order Setting Status Conference and Establishing Procedures and Deadlines (DE 3) (the "Order") were issued on May 19, 2021.

3. An answer to the Adversary Complaint was due on or before June 23, 2021.

4. The Summons, Complaint, and Order were properly served on Defendant Missouri Higher Education Loan Authority on July 19, 2021 via U.S. Mail and Certified Mail (#70201810000184333191) which was delivered on July 30, 2021.

5. The Summons, Complaint, and Order were properly served on Defendant The University of Minnesota on July 19, 2021 via U.S. Mail and Certified Mail (#70201810000184333207) which was delivered on July 26, 2021.

6. On July 19, 2021, the undersigned filed a Certificate of Service reflecting the above (DE 9).

7. As of August 25, 2022, Defendant, Missouri Higher Education Loan Authority and Defendant The University of Minnesota has not filed an answer or responsive pleading with the time fixed by the Court or by Fed. R. Banr. P. 7012(a).

**WHEREFORE**, the Plaintiff, CHRISTI LEE STRAUB, respectfully requests that this Court enter a Default against the Defendant, MISSOURI HIGHER EDUCATION LOAN AUTHORITY and Defendant THE UNIVERSITY OF MINNESOTA, and such other and further relief as the Court deems just and proper.

## RULE 7055-1 VERIFICATION

Pursuant to Local Rule 7055-1, I hereby verify under penalty of perjury, that the Defendants, Missouri Higher Education Loan Authority, and The University of Minnesota have been properly served with the Summons, Adversary Complaint, and Order Setting Status Conference and

Establising Procedures and Deadlines, and that no response has been served on the Plaintiff through the undersigned, and that the Defendants, being corporate entities, are not members of the military service.

Dated:  August 25, 2022　　　　　　　　　　　**VAN HORN LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　　　　　500 N.E. 4th Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　　　　　Telephone: (954) 765-3166
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (954) 756-7103
　　　　　　　　　　　　　　　　　　　　　　Email: Chad@cvhlawgroup.com

　　　　　　　　　　　　　　　　　　　　By: /s/  **Chad T. Van Horn, Esq.**
　　　　　　　　　　　　　　　　　　　　　　Chad T. Van Horn, Esq.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 64500