Form CGFD61  (9/19/08)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:** 21−13230−EPK                          **Adversary Number:** 21−01155−EPK

In re:

**Name of Debtor(s):** Christi Lee Straub

───────────────────────────────────/

**Christi Lee Straub**

Plaintiff(s)

**VS.**

**Missouri Higher Education Loan Authority, U.S. Department of Education and The University of Minnesota**

Defendant(s)

───────────────────────────────────/

# ENTRY OF DEFAULT

   A motion for entry of default has been filed pursuant to Local Rule 7055−1. It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

| Name: **Missouri Higher Education Loan Authority and The University of Minnesota** |
|---|

   Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

**Dated: 8/26/22**                          **CLERK OF COURT**
                                            By: Lucie Fleurimond
                                            Deputy Clerk (561) 514−4100

The clerk shall serve a copy of the Entry of Default on all parties to the adversary proceeding