UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No.: 21-13230-EPK
                                                                      Chapter 7
CHRISTI LEE STRAUB

    Debtor.
_____/

CHRISTI LEE STRAUB                                                    Adv. No.: 21-01155-EPK

Plaintiff,

v.

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY, DEPARTMENT OF
EDUCATION OF THE UNITED STATES AND
THE UNIVERSITY OF MINNESOTA.

Defendants.
_____/

### SECOND AGREED MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND TO RESET ALL CORRESPONDING DISCOVERY DEADLINES

    CHRISTI LEE STRAUB (the "Plaintiff" or the "Debtor"), by and through undersigned counsel, files this *Second Agreed Motion to Continue the Pre-trial Conference and to Reset All Corresponding Discovery Deadlines* (the "Motion"), with the agreement of counsel for the Department of Education of the United States, due to the Federal Government's mortarium for deferment of student loan repayments, and in support thereof, states as follows:

    1.    On May 18, 2021, Plaintiff filed an Adversary Proceeding in the instant case against creditor Missouri Higher Education Loan Authority, Department of Education of the United Statesand The University of Minnesota ("Department of Education") (DE 1).

    2.    On May 19, 2021, the corresponding summons were issued, and the Notice of Pre-Trial set the Pre-Trial Conference for October 13, 2021 (DE 2).

3.      The Court previously rescheduled the Pre-Trial Conference upon agreement of the parties, and due to the Federal Government's student loan moratorium. *See* DE #27.

4.      Plaintiff, with consent from Defendant, Department of Education, now seeks to continue the Pre-Trial Conference set for September 14, 2022 to January 18, 2022, and to reset all corresponding discovery deadlines, based on the Federal Government's moratorium staying collection of repayment from student loan borrowers. The moratorium is scheduled to end on December 31, 2022.

5.      Prior to the initiation of the instant case, the Plaintiff's monthly payments to Defendant were $0.00 based on an income driven repayment plan. During the aforementioned moratorium, the monthly payments are $0.00. Therefore, neither party will be prejudiced by continuation of the Pre-Trial Conference.

6.      The parties agree to the requested relief.

**WHEREFORE,** Plaintiff respectfully requests this Court i) grant the Motion; ii) continue the Pre-Trial Conference to January 18, 2022; iii) reset all corresponding discovery deadlines, and; iv) for whatever other and further relief this Court deems just.

Dated:  September 7, 2022

**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  Chad Van Horn, Esq.
     Chad Van Horn, Esq.
     Florida Bar No. 64500