**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 21-13230-EPK |
| | Chapter 7 |
| CHRISTI LEE STRAUB | |
|       Debtor.      / | |
| CHRISTI LEE STRAUB | Adv. No.: 21-01155-EPK |
|       Plaintiff, | |
| v. | |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY, DEPARTMENT OF EDUCATION OF THE UNITED STATES AND THE UNIVERSITY OF MINNESOTA. | |
|       Defendants. | |
|       _____/ | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING**
**SECOND AGREED MOTION TO CONTINUE PRE-TRIAL CONFERENCE**
**AND TO RESET ALL CORRESPONDING DISCOVERY DEADLINES [DE #34]**

I HEREBY CERTIFY that a true copy of the aforementioned *Order Granting Second Agreed Motion to Continue Pre-Trial Conference and to Reset All Corresponding Discovery Deadlines (DE #34)* was served on this 9th day of September, 2022 to the following interested parties via U.S. Mail and/or ECF System:

Raychelle A Tasher on behalf of Defendant U.S. Department of Education
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

All parties on the attached mailing matrix

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar #64500