

**ORDERED in the Southern District of Florida on September 13, 2022.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 21-13230-EPK** |
| | **Chapter** |
| **CHRISTI L. STRAUB,** | |
|     Debtor. | |
| _____/ | |
| **CHRISTI L. STRAUB,** | |
|     Plaintiff, | |
| v. | |
| | **Adv. Proc. No. 21-01155-EPK** |
| **MISSOURI HIGHER EDUCATIONAL LOAN AUTHORITY, et al.,** | |
|     Defendant. | |
| _____/ | |

## ORDER DIRECTING REASSIGNMENT

This matter came before the Court *sua sponte*. It has come to the Court's attention that it is necessary to reassign the above-captioned case. With the Court being fully advised in the premises, it is ORDERED:

1. The Clerk of Court is directed to reassign the above-captioned case.

2. Any hearings on any pending motions are cancelled.

3. Parties should contact the courtroom deputy of the reassigned Judge to reschedule hearings on any pending motions.

### 

Copy to:
All parties of record.