CGFI9 (7/28/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:** 21–13230–EPK  **Adversary Number:** 21–01155–MAM

In re:

**Name of Debtor(s):** Christi Lee Straub

––––––––––––––––––––––––––––––––––––––––––––/

**Christi Lee Straub**

Plaintiff(s)

**VS.**

**Missouri Higher Education Loan Authority, U.S. Department of Education and The University of Minnesota**

Defendant(s)

––––––––––––––––––––––––––––––––––––––––––––/

# NOTICE OF REASSIGNMENT

    In accordance with the Order of Reassignment entered on 09/13/2022 by Judge Erik P Kimball, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073–1(B).

    Accordingly, this case is hereby reassigned to the Honorable **Mindy A Mora**.

**Dated: 9/13/22**　　　　　　　　　　　　　　　　**CLERK OF COURT**
　　　　　　　　　　　　　　　　　　　　　　　　By: Lucie Fleurimond
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

The clerk shall serve this notice on all parties of record.