United States Bankruptcy Court
Southern District of Florida

Straub,
    Plaintiff

Adv. Proc. No. 21-01155-MAM

Missouri Higher Education Loan Authority,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 13, 2022 | Form ID: CGFI9 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Christi Lee Straub, 6106 Birch Drive, Fort Pierce, FL 34982-7500 |
| dft | + | The University of Minnesota, 211 Bruniniks Hall, 222 Pleasant St. SE, Minneapolis, MN 55455-0239 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 13 2022 23:20:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Sep 13 2022 23:19:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 13 2022 23:19:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 13 2022 23:19:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Sep 13 2022 23:19:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 13 2022 23:19:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 13 2022 23:19:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 13 2022 23:19:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 13 2022 23:20:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 13 2022 23:19:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 13 2022 23:19:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-9 | User: admin | Page 2 of 2
Date Rcvd: Sep 13, 2022 | Form ID: CGFI9 | Total Noticed: 17

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 13 2022 23:19:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 13 2022 23:20:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| dft | | Email/Text: EBN@Mohela.com | Sep 13 2022 23:18:00 | Missouri Higher Education Loan Authority, 633 Spirit Dr.,, Chesterfiled, MO 63005 |
| dft | + | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Sep 13 2022 23:18:00 | U.S. Department of Education, c/o Raychelle Tasher, United States Attorney's Office, 99 N.E. 4th Street, Third Floor, Miami, FL 33132-2145 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Plaintiff Christi Lee Straub Chad@cvhlawgroup.com chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com |
| Raychelle A Tasher | on behalf of Defendant U.S. Department of Education Raychelle.Tasher@usdoj.gov Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |

TOTAL: 2

CGFI9 (7/28/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:** 21–13230–EPK  **Adversary Number:** 21–01155–MAM

In re:

**Name of Debtor(s):** Christi Lee Straub

_____/

**Christi Lee Straub**

Plaintiff(s)

VS.

**Missouri Higher Education Loan Authority, U.S. Department of Education and The University of Minnesota**

Defendant(s)

_____/

# NOTICE OF REASSIGNMENT

In accordance with the Order of Reassignment entered on 09/13/2022 by Judge Erik P Kimball, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073–1(B).

Accordingly, this case is hereby reassigned to the Honorable **Mindy A Mora**.

**Dated: 9/13/22**                **CLERK OF COURT**
By: Lucie Fleurimond
Deputy Clerk

The clerk shall serve this notice on all parties of record.