**UNITED STATES BANKRUPTCY COURTSOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION**

www.flsb.uscourts.gov

In re:

CHRISTI LEE STRAUB                                      Case No.:  21-13230-EPK
                                                        Chapter 7

                  Debtor.
_____/

CHRISTI LEE STRAUB                                      Adv. No.: 21-01155-EPK

                  Plaintiff,
v.

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY, DEPARTMENT OF
EDUCATION OF THE UNITED STATES
ANDTHE UNIVERSITY OF MINNESOTA.

                  Defendants.
_____/

**PLAINTIFF'S VERIFIED MOTION FOR DEFAULT FINAL
JUDGMENT AS TO DEFENDANT, UNIVERSITY OF MINNESOTA**

      Plaintiff, CHRISTI LEE STRAUB., by and through her undersigned counsel, moves for the entry of a Default Final Judgment against Defendant UNIVERSITY OF MINNESOTA, and in support thereof state:

      1.     The Adversary Complaint was filed on May 18, 2021 (DE 1) (the "Complaint").

      2.     The Summons and Notice of Pretrial/Trial in an Adversary Proceeding (DE 2) (the "Summons"), and Order Setting Filing and Disclosure Requirements for Pretrial and Trial (DE 3) (the "Order") were issued on May 19, 2021.

3. An answer to the Adversary Complaint was due on or before June 23, 2021.

4. The Summons, Complaint, and Order were properly served on Defendant, University of Minnesota via Certified Mail (70201810000184333207) which was delivered on July 26, 2021; and U.S. Mail on July 19, 2021, and a Certificate of Service filed as to same (DE 9).

5. To date, University of Minnesota has not filed an answer or responsive pleading with the time fixed by the Court or by Fed. R. Bankr. P. 7012(a).

6. On August 26, 2022, a Clerk's Entry of Default was entered (DE 31).

**WHEREFORE**, Plaintiff, CHRISTI LEE STRAUB, respectfully requests that this Court enter a Default Final Judgment against Defendant.

### RULE 7055-1 VERIFICATION

Pursuant to Local Rule 7055-1, I hereby verify under penalty of perjury, that the Defendant UNIVERSITY OF MINNESOTA has been properly served with the Complaint, that no response has been served on the Plaintiff or her undersigned counsel, and that the Defendant, being a corporate entity, is not a member of the military service.

Dated this 31st day of October, 2022

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad T. Van Horn, Esq.**
Chad T. Van Horn, Esq.
Florida Bar No. 64500