**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourt.gov**

IN RE:                                                              Case No.: 21-13230-EPK

CHRISTI LEE STRAUB                                      Chapter 7

                        Debtor.
_____/

CHRISTI LEE STRAUB,                                    Adv. Case No. 21-01155-EPK

                        Plaintiff,

v.

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY, et al,

                        Defendant.
_____/

## CERTIFICATE OF SERVICE (DE 41, 42 and 44)

        I HEREBY CERTIFY that a true and correct copy of the (1) *Motion for Default Judgement Against Missouri Higher Education Loan Authority Filed by Plaintiff Christi Lee Straub* (DE 41); (2) *Motion for Default Judgement Against the University of Minnesota Filed by Plaintiff Christi Lee Straub* (DE 42); and (3) *Notice of Hearing* (DE 44) were sent to the following parties on the date and in the manner so stated:

**CM/ECF on 11/31/2022 and 11/16/2022, respectively**

Raychelle A. Tasher,                                          Raychelle.Tasher@usdoj.gov
On behalf of the Defendant U.S. Department of Education    Milton.Pacheco@usdoj.gov
                                                            Shannon.Patterson@usdoj.gov

**VIA U.S. MAIL on 11/16/2022**

Missouri Higher Education Loan Authority
633 Spirit Drive
Chesterfield, MO 63005-1243

U.S. Department of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

University of Minnesota
211 Bruniniks Hall
222 Pleasant St. SE
Minneapolis MN 55455-0239

University of Minnesota
One Stop Student Services Center
333 Science Teaching & Student Services
222 Pleasant St. SE
Minneapolis MN 55455-0239


Dated:  November 16, 2022

**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500