**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No: 21-13230-EPK
Chapter 7

CHRISTI LEE STRAUB

       Debtor,    /

CHRISTI LEE STRAUB

       Plaintiff,  Adversary Number: 21-01155-MAM

vs.

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY, DEPARTMENT OF
EDUCATION OF THE UNITED STATES,
AND THE UNIVERSITY OF MINNESOTA

       Defendants,    /

**CERTIFICATE OF SERVICE OF ORDER**
**SETTING FILING AND DISCLOSURE**
**REQUIREMENTS FOR PRETRIAL AND TRIAL [DE #46]**

    I HEREBY CERTIFY that a true copy of the aforementioned *Order Setting Filing and Disclosure Requirements for Pretrial and Trial, (DE #46)* was served on this 5th day of December, 2022 to the following interested parties via U.S. Mail and/or ECF System:

Raychelle A Tasher on behalf of Defendant U.S. Department of Education
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar #64500