

**ORDERED in the Southern District of Florida on December 21, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

CHRISTI LEE STRAUB                                   Case No.: 21-13230-EPK
                                                     Chapter 7

              Debtor.
_____/

CHRISTI LEE STRAUB                                   Adv. No.: 21-01155-MAM

              Plaintiff,
v.

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY, DEPARTMENT OF
EDUCATION OF THE UNITED STATES AND
THE UNIVERSITY OF MINNESOTA.

              Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S VERIFIED MOTION FOR DEFAULT
FINAL JUDGMENT AS TO DEFENDANT, UNIVERSITY OF MINNESOTA (DE #42)**

THIS MATTER came before the Court on December 14, 2022 at 10:00 a.m. upon the

*Plaintiff's Verified Motion for Default Final Judgment as to Defendant, University of Minnesota* (DE #42; the "Motion"). The Court, having no one appear in opposition, and being otherwise fully advised in the premises, finds that good cause exists to grant the Motion.

It is therefore **ORDERED**:

1. The Motion is **GRANTED**.

2. Plaintiff, Christi Lee Straub, may submit its Default Final Judgment against University of Minnesota for failure to timely answer the Complaint and Summons.

###

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*