UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                          Case No: 21-13230-EPK
                                                Chapter 7
CHRISTI LEE STRAUB


_____Debtor,_____/

CHRISTI LEE STRAUB                              Adv. No.: 21-01155-MAM


                    Plaintiff,

v.

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY, DEPARTMENT OF
EDUCATION OF THE UNITED STATES AND
THE UNIVERSITY OF MINNESOTA.

                    Defendants.
_____/

**CERTIFICATE OF SERVICE OF ORDER
GRANTING PLAINTIFF'S VERIFIED MOTION FOR DEFAULT FINAL
JUDGMENT AS TO DEFENDANT, UNIVERSITY OF MINNESOTA [DE #50]**

    I HEREBY CERTIFY that a true copy of the aforementioned *Order Granting Plaintiff's Verified Motion for Default Final Judgment as to Defendant, University of Missouri, (DE #50)* was served on this 22nd day of December, 2022 to the following interested parties via U.S. Mail and/or ECF System:

Raychelle A Tasher on behalf of Defendant U.S. Department of Education
Raychelle.Tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

                                                        **VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
FL Bar #64500