

Scott Lause
General Counsel
636.733.3700 ext. 3730
636.787.2780 fax

December 20, 2022

Clerk of Court
U.S. Bankruptcy Court
Flagler Waterview Building
1515 North Flagler Drive, Suite 801
West Palm Beach, FL 33401

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
DEC 27 2022
FILED_____ RECEIVED_____

Re:    **Christi Lee Straub**
       **Adversary Proceeding #: 21-01155-MAM**

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. Please see the enclosed letter sent to the debtor's attorney in this Adversary Proceeding.

If you have any other questions, regarding this matter, please do not hesitate to contact me.

Sincerely,

Scott Lause
General Counsel

SL/baw
Enclosure



Scott Lause
General Counsel
636.733.3700 ext. 3730
636.787.2780 fax

December 20, 2022

Chad T. Van Horn
Van Horn Law Group, P.A.
330 N. Andrews Ave., Suite 450
Fort Lauderdale, FL 33301

Re:   **Christi Lee Straub**
      **Adversary Proceeding #: 21-01155-MAM**

Dear Mr. Van Horn:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. The Adversary Proceeding in question pertains to the discharge of a certain federal student loan. Please be advised that MOHELA does not own or hold any student loan on which your client, Christi Straub, is the obligor. Therefore, any judgment taken against MOHELA in this proceeding would have no effect on your client's student loan obligations.

MOHELA's only relationship to Christi Straub is that MOHELA services the federal student loan, owned by the U.S. Department of Education, on which Christi Straub is the obligor. The U.S. Department of Education, as the owner and holder of the student loan, is the only appropriate party to this proceeding, relative to this student loan. Based on the foregoing, I respectfully request that you withdraw your Motion for Default Judgment, and dismiss all claims against MOHELA.

If you have any other questions, regarding this matter, please do not hesitate to contact me.

Sincerely,

Scott Lause
General Counsel

SL/baw

cc:   Clerk of Court
      U.S. Bankruptcy Court
      Flagler Waterview Building
      1515 North Flagler Drive, Suite 801
      West Palm Beach, FL 33401