United States Bankruptcy Court
Southern District of Florida

Straub,
    Plaintiff

Adv. Proc. No. 21-01155-MAM

Missouri Higher Education Loan Authority,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 28, 2022 | Form ID: pdf004 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Christi Lee Straub, 6106 Birch Drive, Fort Pierce, FL 34982-7500 |
| dft | + The University of Minnesota, 211 Bruniniks Hall, 222 Pleasant St. SE, Minneapolis, MN 55455-0239 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Dec 28 2022 22:48:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Dec 28 2022 22:48:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 28 2022 22:48:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2022 22:48:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-9 | User: admin | Page 2 of 2
Date Rcvd: Dec 28, 2022 | Form ID: pdf004 | Total Noticed: 18

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Dec 28 2022 22:48:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| dft | | Email/Text: EBN@Mohela.com | Dec 28 2022 22:48:00 | Missouri Higher Education Loan Authority, 633 Spirit Dr.,, Chesterfiled, MO 63005 |
| intp | | Email/Text: EBN@Mohela.com | Dec 28 2022 22:48:00 | Mohela, c/o Scott Lause, 633 Spirit Drive, Chesterfield, MO 63005 |
| dft | + | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Dec 28 2022 22:47:00 | U.S. Department of Education, c/o Raychelle Tasher, United States Attorney's Office, 99 N.E. 4th Street, Third Floor, Miami, FL 33132-2145 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Plaintiff Christi Lee Straub Chad@cvhlawgroup.com chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com |
| Raychelle A Tasher | on behalf of Defendant U.S. Department of Education Raychelle.Tasher@usdoj.gov Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |

TOTAL: 2



Scott Lause
General Counsel
636.733.3700 ext. 3730
636.787.2780 fax

December 20, 2022

Clerk of Court
U.S. Bankruptcy Court
Flagler Waterview Building
1515 North Flagler Drive, Suite 801
West Palm Beach, FL 33401

```
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DEC 27 2022

FILED____ RECEIVED____
```

Re:  **Christi Lee Straub**
     **Adversary Proceeding #: 21-01155-MAM**

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. Please see the enclosed letter sent to the debtor's attorney in this Adversary Proceeding.

If you have any other questions, regarding this matter, please do not hesitate to contact me.

Sincerely,

Scott Lause
General Counsel

SL/baw
Enclosure



Scott Lause<br>General Counsel<br>636.733.3700 ext. 3730<br>636.787.2780 fax

December 20, 2022

Chad T. Van Horn
Van Horn Law Group, P.A.
330 N. Andrews Ave., Suite 450
Fort Lauderdale, FL 33301

  Re:  **Christi Lee Straub**
      **Adversary Proceeding #: 21-01155-MAM**

Dear Mr. Van Horn:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-referenced Adversary Proceeding. The Adversary Proceeding in question pertains to the discharge of a certain federal student loan. Please be advised that MOHELA does not own or hold any student loan on which your client, Christi Straub, is the obligor. Therefore, any judgment taken against MOHELA in this proceeding would have no effect on your client's student loan obligations.

MOHELA's only relationship to Christi Straub is that MOHELA services the federal student loan, owned by the U.S. Department of Education, on which Christi Straub is the obligor. The U.S. Department of Education, as the owner and holder of the student loan, is the only appropriate party to this proceeding, relative to this student loan. Based on the foregoing, I respectfully request that you withdraw your Motion for Default Judgment, and dismiss all claims against MOHELA.

If you have any other questions, regarding this matter, please do not hesitate to contact me.

Sincerely,

Scott Lause
General Counsel

SL/baw

cc: Clerk of Court
   U.S. Bankruptcy Court
   Flagler Waterview Building
   1515 North Flagler Drive, Suite 801
   West Palm Beach, FL 33401