UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CHRISTI LEE STRAUB                              Case No.: 21-13230-EPK
                                                Chapter 7
           Debtor.
_____/

CHRISTI LEE STRAUB                              Adv. No.: 21-01155-MAM

           Plaintiff,

v.

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY, DEPARTMENT OF
EDUCATION OF THE UNITED STATES AND
THE UNIVERSITY OF MINNESOTA.

           Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>DEFENDANT MISSOURI HIGHER EDUCATION LOAN AUTHORITY (ONLY)</u>**

CHRISTI LEE STRAUB (the "Plaintiff"), by and through her undersigned counsel, hereby

files this *Notice of Voluntary Dismissal of Defendant Missouri Higher Education Loan Authority ("MOHELA")* and voluntarily dismisses MOHELA from this adversary proceeding.

Dated: January 12, 2022

      **VAN HORN LAW GROUP, P.A.**
      500 N.E. 4th Street, Suite 200
      Fort Lauderdale, FL 33301
      Telephone: (954) 765-3166
      Facsimile: (954) 756-7103
      Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
     Chad Van Horn, Esq.
     Florida Bar No. 64500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 11th day of January 2023, to all parties registered through CM/ECF and by U.S. Mail and facsimile to Scott Lause, Esq., Counsel for MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243; (636) 787-2780.

Dated: January 12, 2022

      **VAN HORN LAW GROUP, P.A.**
      500 N.E. 4th Street, Suite 200
      Fort Lauderdale, FL 33301
      Telephone: (954) 765-3166
      Facsimile: (954) 756-7103
      Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
     Chad Van Horn, Esq.
     Florida Bar No. 64500