

**ORDERED in the Southern District of Florida on January 12, 2023.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:
CHRISTI LEE STRAUB                              Case No.: 21-13230-EPK
                                                Chapter 7
                Debtor.
_____/

CHRISTI LEE STRAUB                              Adv. No.: 21-01155-MAM

                Plaintiff,
v.

MISSOURI HIGHER EDUCATION LOAN
AUTHORITY, DEPARTMENT OF
EDUCATION OF THE UNITED STATES AND
THE UNIVERSITY OF MINNESOTA.

                Defendants.
_____/

**ORDER GRANTING
MISSOURI HIGHER EDUCATION LOAN AUTHORITY'S LETTER CONSTRUED
AS MOTION TO RECONSIDER (DE 55); AND VACATING ORDER GRANTING
PLAINTIFF'S VERIFIED MOTION FOR DEFAULT FINAL JUDGMENT AS TO
DEFENDANT MISSOURI HIGHER EDUCATION LOAN AUTHORITY (DE 49)**

THIS MATTER came before the Court on Tuesday, January 10, 2023 at 10:00 a.m. for

hearing on the *(Letter Construed as) Motion to Reconsider filed by Missouri Higher Education Loan Authority ("MOHELA")* (DE 55) (the "Motion"). The Court, having reviewed the Motion, noting the Plaintiff's counsel has agreed to voluntary dismiss MOHELA from the adversary proceeding, finds that good cause exists to grant the Motion.

It is therefore **ORDERED**:

1. The Motion (DE 55) is **GRANTED**.

2. The *Order Granting Plaintiff's Verified Motion for Default Final Judgment as to Defendant, Missouri Higher Education Loan Authority* (DE 49) is **VACATED**.

###

Submitted by:

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*