UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourt.gov

| | |
|---|---|
| IN RE: | Case No.: 21-13230-EPK |
| CHRISTI LEE STRAUB | Chapter 7 |
| Debtor. _____/ | |
| CHRISTI LEE STRAUB, | Adv. Case No. 21-01155-MAM |
| Plaintiff, | |
| v. | |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY, et al, | |
| Defendant. _____/ | |

**CERTIFICATE OF SERVICE (DE 61)**

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Missouri Higher Education Loan Authority's Letter Construed as Motion to Reconsider (De 55); and Vacating Order Granting Plaintiff's Verified Motion for Default Final Judgment as To Defendant Missouri Higher Education Loan Authority (DE 49)* (DE 61) was sent to the following parties on the date and in the manner so stated:

**CM/ECF on 01/12/2023**

Raychelle A. Tasher,             Raychelle.Tasher@usdoj.gov
On behalf of the Defendant U.S. Department of Education    Milton.Pacheco@usdoj.gov
                                                    Shannon.Patterson@usdoj.gov

**VIA U.S. MAIL on 06/14/2022**

Missouri Higher Education Loan Authority
633 Spirit Drive
Chesterfield, MO 63005-1243

U.S. Department of Education
Direct Loan Servicing Center

PO Box 5609
Greenville, TX 75403-5609
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

University of Minnesota
211 Bruniniks Hall
222 Pleasant St. SE
Minneapolis MN 55455-0239


Dated:  January 13, 2023

        **VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

 By: /s/  **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500